# EXHIBIT A

# IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

**COURT ADDRESS:**  
1010 CONCORD AVE  
WILMINGTON DE 19802

**CIVIL ACTION NO:** JP13-17-015538

## ROBIN GARNETT VS JOESPH HOWARD HALL

**SYSTEM ID:** @3153567  
**JOSEPH HOWARD HALL**  
**1000 WEST 6TH STREET**  
**WILMINGTON DE 19805**

### SUMMONS

**TO THE DEFENDANT(S):**

You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 04th day of October, 2018.

_____C. Rose_____ (SEAL)  
Justice of the Peace/Court Official

CONSTABLE NOTES: _____  
SERVED ON: _____(DATE & TIME)  
CONSTABLE: _____

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Cell phones, pagers, cameras, and other electronic devices are NOT permitted in courthouses or courtrooms without permission of a judge.
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at http://courts.state.de.us/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see http://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: http://courtconnect.courts.delaware.gov

Form: 6CF03 (Rev 3/28/17)        Produced by: C. Rose        10/4/2018 2:11 PM

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE,

IN AND FOR **New Castle** COUNTY

COURT NO **13**

Alias

CIVIL ACTION NO **JP13-17015538**

**COURT ADDRESS**
1010 Concord Ave
Wilmington DE 19802

Please list plaintiffs and defendants. Add additional party names and addresses on form CF01AP.

**PLAINTIFF(S)**             vs.   **DEFENDANT(S)**
1) Name: Robin Garnett          1) Name: US Post office
Address: 58 Coret Ct.           Address Specify: 500 Delaware Ave
Newark Del. 19702               ☐ Rental ☐ Mailing   Wilmington Del. 19801
System ID#                       System ID#
Phone: 302 6139732               Phone

**PLAINTIFF(S)**             vs.   **DEFENDANT(S)**
2) Name                          2) Name: Joseph Howard Hall
Address                          Address Specify: 1000 W. 16th St.
                                 ☐ Rental ☐ Mailing  Wilmington Del. 19805
System ID#                       System ID#
Phone                            Phone: 302 9840930

Plaintiff's Attorney or Agent, if any:         Defendant's Attorney or Agent, if any:
Address                                         Address
System ID# (bar#)                               System ID# (bar#)
Phone                                           Phone

**Check One**                                  **Check One**
☐ Individual                                    ☐ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)   ☐ Corporation or other Artificial entity (see Supreme Court Rule 57)
                                                Alternate Address ☐ Physical ☐ Mailing ☐ Rental

**Type of Service:** (Check One)   Court Service ☒   Special Process Server ☐

**Type of Action:** (Check One)   Debt ☐   Replevin ☐   Trespass ☒   Summary Possession ☐ (Landlord Tenant)
Deficiency Judgment ☐

**COMPLAINT**

1. Concise Statement of Facts: (Who, What, When, Where, How?)
I was riding pass North Jefferson street in the 1000 block on December 5 when a post office truck came out the garage and hit me. I bump my horn to let him now he came towns me so I went on the side. he flatten my tire I had to get my car towed.

2. Relief Sought:
$ 1345.16   Amount of money claimed. (Not including interest)
$ _____     Pre Judgment Interest at or _____ % legal rate _____ % contractual rate
$ _____     Post Judgment Interest at the legal rate OR contractual rate of _____ %
$ 20.00     Court Costs.
$ _____     Other
☐ Possession
☐ Return of personal property   or   $ _____

Jury Trial Demanded (Possession only) ☐ Yes ☐ No
Total value (Attach list of property stating description, number and value of items on 8½" x 11" paper

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

Date: Oct 28 2018

Plaintiff or Plaintiff's Attorney: /s/ Robin Garnett

II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS; PLEADINGS; MOTIONS AND ORDERS. Rule 3. Commencement of action.
(a) Commencement. A civil action is commenced by filing a complaint and praecipe with the Court in such form as the Court prescribes. Sufficient copies of the complaint shall be filed so that one copy can be served on each defendant. When an action is governed by a special statute, it shall be commenced in the manner prescribed by such statute.

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

**COURT ADDRESS:**  **CIVIL ACTION NO:**   JP13-17-015538
**1010 CONCORD AVE**
**WILMINGTON DE 19802**

### ROBIN GARNETT VS JOESPH HOWARD HALL

**SYSTEM ID: @3153567**
**JOSEPH HOWARD HALL**
**1000 WEST 6TH STREET**
**WILMINGTON DE 19805**

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A._____   I admit that I owe the debt or claim in the Complaint and <u>DO NOT</u> want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and <u>will not have a right to appeal your decision to admit this debt or claim</u>**.)

B._____   I WANT A TRIAL.

C._____   **DEBT ACTIONS ONLY**: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

DATED: _____

_____    _____
(Signature of Defendant)                              (Defendant's Address/Phone No.)

_____    _____
(Defendant's Attorney, if any)                        (Attorney's Address/Phone No.)

**If you are a corporation (or other artificial entity or public body):**

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or, you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

Form: 6CF07              Produced By: C. Rose      Date: 10/4/2018 2:11 PM